



# MEMORANDUM OPINION

No. 04-10-00338-CR

Jerry Wayne **PIERCE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2006CR9479
Honorable George H. Godwin, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
               Phylis J. Speedlin, Justice
               Rebecca Simmons, Justice

Delivered and Filed:  December 8, 2010

DISMISSED

On November 24, 2010, appellant filed a Motion to Dismiss Appeal, which is hereby granted. The appeal is DISMISSED. TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH